FILED
CLERK
6/8/2022 4:23 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X  For Online Publication Only
MINNIE LIVINGSTON,

          Plaintiff,

  -against-                                        **ORDER**
                                                  17-cv-04189 (JMA) (JMW)

ROOSEVELT UNION FREE SCHOOL
DISTRICT,

          Defendant.
──────────────────────────────────X

**AZRACK, United States District Judge:**

On February 1, 2022, Defendant Roosevelt Union Free School District filed a motion for summary judgment. (ECF No. 52.) The motion had previously been referred to Magistrate Judge Wicks for a Report and Recommendation. (Sept. 15, 2021 Order.) On May 16. 2022, Judge Wicks issued a Report and Recommendation ("R&R"), which recommends that Defendant's motion be granted. (ECF No. 62.)

In reviewing a magistrate judge's report and recommendation, the court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

To date, no objections have been filed to the R&R and the deadline for filing any such objections has passed.

1

I have reviewed Judge Wick's R&R for clear error, and finding none, I adopt the R&R in its entirety as the opinion of this Court. Accordingly, Defendant's motion for summary judgment is GRANTED and Plaintiff's Complaint is DISMISSED, in its entirety, with prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: June 8, 2022
Central Islip, New York

                                            /s/ (JMA)
                                      JOAN M. AZRACK
                                      UNITED STATES DISTRICT JUDGE